UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID NYITRAY III, ET AL. )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>VITALE'S III OF ALLEGAN, LLC, )<br> ET AL., )<br>    Defendants. )<br>    ) | No. 1:18-cv-847<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the Opinion and Order entered on this date, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:  April 19, 2019            /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge